# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN A CIVIL CASE

**TERESA A. WEBB,**

    **Plaintiff,**

**V.**

**NATIONWIDE MUTUAL INSURANCE COMPANY**

    **Defendant.**

Case No. **2:07-CV-859**

**JUDGE ALGENON L. MARBLEY**

**Magistrate Judge King**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the September 14, 2009 Opinion and Order, Defendant's Motion for Summary Judgment is GRANTED. This case is DISMISSED.

Date: **September 14, 2009**    James Bonini, Clerk

    s/Betty L. Clark
Betty L. Clark/Deputy Clerk